Argued and submitted June 9, conviction affirmed, remanded for resentencing September 10, reconsideration denied November 7, petition for review denied December 3, 1986 (302 Or 342)

## STATE OF OREGON,
*Respondent,*

*v.*

## KENNETH WAYNE SAMS,
*Appellant.*

(10-84-09839; CA A38045)

725 P2d 410

C. Peter Sorenson, Eugene, argued the cause and filed the brief for appellant.

Jonathan H. Fussner, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Warden, Presiding Judge, and Joseph, Chief Judge, and Young, Judge.

PER CURIAM

## PER CURIAM

Defendant appeals from a judgment of conviction for theft in the first degree, entered after a jury trial. The trial court imposed a sentence of imprisonment for five years. The "sentence order" provided that the sentence be served consecutively to a term of imprisonment which defendant was serving in Oklahoma. The court did not state at the time of sentencing that it was ordering the sentence to be served consecutively or state its reasons for imposing a consecutive sentence. ORS 137.122 and ORS 137.370. The state concedes the error.

Conviction affirmed; remanded for resentencing.[1]

---

[1] We have considered defendant's other assignments and find them to be without merit.